IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 13  AM 8: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| HUNTER FAN COMPANY, | ) |
| Plaintiff, | ) Civil Action No. 05-2633-BP |
| v. | ) **JURY TRIAL DEMANDED** |
| WESTINGHOUSE LIGHTING CORPORATION, | ) |
| Defendant. | ) |

### ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO ESTABLISH PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER AS THIRTY (30) DAYS FROM THE DATE THE MOTION TO TRANSFER WAS FILED

Upon the joint motion of Plaintiff, Hunter Fan Company, and Defendant, Westinghouse Lighting Corporation, and for good cause shown, it is HEREBY ORDERED that Westinghouse Lighting Corporation's Motion to Transfer is a Rule 12 motion under the Federal Rules of Civil Procedure and that, under Local Rule of Civil Procedure 7.2(2), Hunter Fan Company has thirty (30) days within which to respond. Hunter Fan Company therefore may file a response up to and including October 26, 2005.

DONE AND ORDERED this 12 day of October, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05

M JAE 906502 v1
2786300-000292  10/10/05

(8)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02633 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Valerie Walsh Johnson
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT