**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 OCT 27  PM 2: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |  |
|---|---|---|
| HUNTER FAN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2633-BP |
| | ) | |
| WESTINGHOSE LIGHTING | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER**

Plaintiff moves this Court to extend the deadline to file a response to Defendant's Motion

to Transfer.  Defendant does not oppose this request for extension of this deadline.

THEREFORE IT IS ORDERED AND DECREED that Plaintiff's Motion for Extension

of Time to Defendant's Motion to Transfer shall be and is hereby granted, and that the deadline

for Plaintiff to file a Response to the Motion shall be extended to October 31, 2005.

_____

JUDGE:

DATE: _October 27, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-27-05

(10)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02633 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marc Louis Schatten
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Valerie Walsh Johnson
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT